**[J-94-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DENNIS L. NESS AND JOHN E. BOWDERS, | : No. 67 MAP 2014 |
| | : |
| | : Appeal from the order of the |
| Appellants | : Commonwealth Court at No. 478 CD 2013 |
| | : dated December 4, 2013, affirming the |
| | : order of the York County Court of Common |
| v. | : Pleas, Civil Division, at No. |
| | : 2013-SU-352-28 dated March 18, 2013. |
| | : |
| YORK TOWNSHIP BOARD OF COMMISSIONERS, | : SUBMITTED:   October 8, 2014 |
| | : |
| | : |
| Appellee | : |

**ORDER**

**PER CURIAM**                                       **DECIDED:   December 15, 2014**

**AND NOW,** this 15th day of December, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.